# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

**Sarah Angeles,**  Case No. 5:19cv503
*Individually and on behalf*
*Of all others similarly situated*,

           **Plaintiff,**  **JUDGE PAMELA A. BARKER**

  -vs-

                                **ORDER**

**FirstCredit, Inc.,**

          **Defendant**

Upon representation of counsel that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

    **IT IS SO ORDERED**

                                      *s/Pamela A. Barker*
                                    PAMELA A. BARKER
Date:  July 30, 2019                    U. S. DISTRICT JUDGE